IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELONIE P. PRIEST,

    Plaintiff,

v.

FELCOR LODGING TRUST INC. d/b/a
HOLIDAY INN SELECT UNIVERSITY
CENTER, INTERCONTINENTAL HOTELS
GROUP d/b/a HOLIDAY INN SELECT
UNIVERSITY CENTER, BHR OPERATIONS,
LLC, f/k/a BASS HOTELS & RESORTS, INC.,
d/b/a HOLIDAY INN SELECT UNIVERSITY
CENTER,

    Defendants.

05cv1181
**ELECTRONICALLY FILED**

### Order of Court

And now, this 20th day of September, 2006, for the reasons set forth in the foregoing Memorandum Opinion, it is HEREBY ORDERED as follows:

(1)     Defendant's Motion for Summary Judgment (doc. no. 28) is GRANTED.

(2)     Plaintiff's Motion for Leave to Amend the Complaint (doc. no. 42) is DENIED.

(3)     Judgment is entered in favor of defendant and against plaintiff.

(4)     The clerk shall mark the docket closed.

    SO ORDERED this 20th day of September, 2006.

    s/Arthur J. Schwab
    Arthur J. Schwab
    United States District Judge

cc:     All counsel of record